# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00854-CV

### In re Office of the Attorney General

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1] *See* Tex. R. App. P. 52.8(a).

---

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: January 5, 2024

---

[1] To the extent the Office of the Attorney General alternatively seeks a writ of prohibition or injunction against the trial court, we deny that request.